IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY BROWN, | |
| Plaintiff, | Case No.: 1:23-cv-15578 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 75 | Tinxuan |
| 65 | chenjinhonghaibao |
| 130 | Qiwen Co., Ltd. |
| 138 | YHPaster |
| 127 | GQtrade |
| 128 | Funwall96 |
| 136 | zhengmeijiehaihaibao |
| 19 | zhoulelaixianshisi |
| 46 | Decorateyourhome |
| 52 | GoodHomeshop66 |
| 53 | jiachongshangmao3 |
| 54 | FashionDecorBuy |

| | |
|---|---|
| 55 | LongJie BANK |
| 104 | Rich-Metal-Sign |

DATED: December 13, 2023               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 13, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt